1
2
3
4                       **UNITED STATES DISTRICT COURT**
5                            **DISTRICT OF NEVADA**
6
7    STACY CALVERT,                        )
8                         Plaintiff,       )      Case No. 2:11-cv-00333-LRH-PAL
                                           )
9    vs.                                   )              **ORDER**
                                           )
10   ALESSI & KOEING, LLC,                 )
                                           )
11                       Defendant.        )
12   _____   )

13        This matter is before the court on the parties' failure to file a joint pretrial order required by

14   LR 26-1(e)(5). The last Discovery Plan and Scheduling Order (Dkt. #17) filed June 3, 2011, required

15   the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 16, 2011.

16   Plaintiff filed a Motion to Certify Class (Dkt. #11) April 22, 2011, which the District Judge denied in

17   an Order (Dkt. #18) entered January 19, 2012. There has been no further activity on the court's docket.

18   The discovery cutoff ran October 17, 2011 and there are no pending dispositive motions. Accordingly,

19        **IT IS ORDERED** that

20        1.    Counsel for the parties shall file a joint pretrial order which fully complies with the

21              requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., April 25, 2012.** Failure to

22              timely comply may result in the imposition of sanctions up to and including a

23              recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P.

24              41(b).

25   ///
26   ///
27   ///
28   ///

2.     The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 11th day of April, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

2