# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STACY CALVERT, et al., | 2:11-cv-00333-LRH-PAL |
| | 2:11-cv-00411-GMN-CWH |
| Plaintiffs, | 2:11-cv-00442-LRH-PAL |
| | 2:11-cv-01004-PMP-CWH |
| vs. | |
| | MINUTE ORDER |
| ALESSI & KOENIG, LLC, et al., | |
| | July 10, 2012 |
| Defendants. | |

PRESENT:    THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:    NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The judges having conferred regarding the status of related cases 2:11-cv-333-LRH-PAL, 2:11-cv-411-GMN-CWH, 2:11-cv-442-LRH-PAL, and 2:11-cv-1004-PMP-CWH, and it appearing that these cases share common questions of law and fact,

It is hereby ORDERED that cases 2:11-cv-411-GMN-CWH and 2:11-cv-1004-PMP-CWH are hereby re-assigned to the Honorable Larry R. Hicks and the Honorable Peggy A. Leen and shall hereafter bear the following respective case numbers: 2:11-cv-411-LRH-PAL and 2:11-cv-1004-LRH-PAL.

IT IS FURTHER ORDERED that cases 2:11-cv-333-LRH-PAL, 2:11-cv-411-LRH-PAL, 2:11-cv-442-LRH-PAL, and 2:11-cv-1004-LRH-PAL are hereby consolidated with 2:11-cv-333-LRH-PAL. All further filings shall be entered in base case 2:11-cv-333-LRH-PAL.

IT IS FURTHER ORDERED that all previously scheduled trial settings in any of these cases are vacated and that the parties shall submit a proposed joint pretrial order pursuant to LR16-3 covering all four cases within thirty (30) days of the entry of this order.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk